4 So.2d 513

## Thelma JONES v. CITY OF OPELIKA.

### 5 Div. 130.

Court of Appeals of Alabama.

June 17, 1941.

Rehearing Denied Oct. 7, 1941.

Grover C. Powell, of Atlanta, Ga., for appellant.

Duke & Duke, of Opelika, for appellee.

PER CURIAM.

Appeal dismissed on authority of Rosco Jones v. City of Opelika, ante, p. 274, 4 So. 2d 507.

4 So.2d 513

## Thelma JONES et al. v. CITY OF OPELIKA.

### 5 Div. 131.

Court of Appeals of Alabama.

June 17, 1941.

Rehearing Denied Oct. 7, 1941.

Grover C. Powell, of Atlanta, Ga., for appellant.

Duke & Duke, of Opelika, for appellee.

BRICKEN, Presiding Judge.

The controlling and conclusive point of decision involved upon this appeal is identical with that in the appeal of Roscoe Jones v. City of Opelika, ante, p. 274, 4 So.2d 507, this day considered and determined by this court.

Upon authority of the Roscoe Jones case, supra, the appeal in this case is dismissed.

Appeal dismissed.